IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| JESSE WASHINGTON, | 1:18-cv-01449-JLO-JDP (PC) |
|---|---|
| Plaintiff, | ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |
| v. | |
| D. DAVEY, et al., | |
| Defendants. | |

This case has been voluntarily dismissed by stipulation under Rule 41(a)(1)(A)(ii). ECF No. 19. Thus, the clerk is directed to close this case.

IT IS SO ORDERED.

Dated: October 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204